UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHILLIP S. STENGER,

    Plaintiff,

v.          Case No: 6:17-mc-24-Orl-40KRS

DAVID K. FREEMAN,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Amended Motion for Final Judgment Against Garnishee, Bank of America, N.A. (Doc. 19) filed on September 4, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 11, 2018 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Final Judgment Against Garnishee, Bank of America, N.A. (Doc. 19) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Phillip S. Stenger and against Garnishee Bank of America, N.A., in the amount of **$4,637.79**.

**DONE AND ORDERED** in Orlando, Florida on October 30, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties